```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   NORTHERN DIVISION
```

**TACARA EDWARDS,** *o/b/o* **T.S.,**      *
                                           *
    Plaintiff,          *   CIVIL ACTION NO. 13-00562-B
                                           *
vs.                                        *
                                           *
**CAROLYN W. COLVIN,**                     *
**Commissioner of Social Security,***
                                           *
    Defendant.          *

## <u>JUDGMENT</u>

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security, denying Plaintiff's claim for child supplemental security income, be **AFFIRMED.**

**DONE** this **26th** day of **March, 2015.**

                                           /s/ SONJA F. BIVINS
                                **UNITED STATES MAGISTRATE JUDGE**